IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODERICK ALLEN JOHNSON,

    Defendant.

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

    This matter is before the Court on Defendant's motion for compassionate release. (Doc. #50). Defendant, citing personal reasons as well as health concerns related to the COVID-19 pandemic, asks this Court to reduce his sentence or to modify the terms of his sentence to allow him to serve the remainder of his sentence in home confinement. Because Defendant has failed to exhaust his administrative remedies as required by 18 U.S.C. § 3582(c)(1)(A), the motion is denied.

    Under 18 U.S.C. § 3582(c)(1)(A), a defendant may petition the court for a modification of his sentence. However, the defendant may not do so until "after the defendant has fully exhausted all administrative rights" to seek sentence modification through the Bureau of Prisons. 18 U.S.C. § 3582(c)(1)(A). Before filing a motion for sentence modification in this Court, Defendant must first move the Director of the Bureau of Prisons for sentence modification by filing a request with the warden of

Defendant's facility. *Id*. Defendant has not filed such a request. (Doc. #52-1). Therefore, defendant has failed to exhaust his administrative remedies, and his motion must be denied without prejudice. 18 U.S.C. § 3582(c)(1)(A).

DATED: October 9, 2020

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge