IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00284-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

RODERICK ALLEN JOHNSON,

 Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

  This matter is before the Court on Defendant's Motion for Reconsideration (Doc. # 58) of the Court's order denying his motion for compassionate release (Doc. # 57). The Motion for Reconsideration is denied for the following reasons.

  Defendant moved for compassionate release on August 17, 2020. (Doc. # 50). Because Defendant had failed to exhaust his administrative rights as required by 18 U.S.C. § 3582(c)(1)(A), the Court was without jurisdiction to consider the motion. (Doc. # 57). The Court denied the motion for lack of jurisdiction on October 9, 2020. (Doc. # 57).

  Defendant now requests reconsideration of the October 9 order. He represents that he has now exhausted his administrative remedies, and he asserts that family and health concerns justify a reduction of his sentence. (Doc. # 58). The Court finds no basis to grant the Motion for Reconsideration.

"Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). "Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. . . . It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing." *Id.*

Defendant's Motion does not present any new evidence or any change in the controlling law since his last motion, and the Court finds no clear error in the October 9 order. *Servants of Paraclete*, 204 F.3d at 1012. Therefore, Defendant has failed to show that reconsideration is warranted, and Defendant's Motion for Reconsideration (Doc. # 58) is DENIED. This order shall not preclude Defendant from filing a new motion for compassionate release, provided he has exhausted his administrative remedies.

Defendant's Motion for Order on Status of Case (Doc. # 59) is DENIED AS MOOT.

DATED: May 25, 2021

BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
United States District Judge